**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Henry Josue Montoya Masariegos,

Petitioner,

v.

Luis Rosa, Jr., et al.,

Respondents.

No. CV-26-03500-PHX-DJH (JFM)

**ORDER**

Petitioner challenged his present immigration detention, arguing he was previously released from immigration detention and his re-detention without a pre-deprivation hearing violated his due process rights.[1] (Doc. 1.) The Court directed Respondents to show cause why the Petition should not be granted. (Doc. 4.) Respondents' response stated:

> Undersigned counsel is unable to verify whether Petitioner was detained according to the procedures established by law. Accordingly, Respondents to not oppose Petitioner's request for release at this time.

(Doc. 7.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for release from custody. The Court will require Petitioner be released under the same conditions that existed prior to his redetention.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody. The remainder of the Petition

[1] The Court also noted Petitioner's prior habeas petition, which was granted in an April 21, 2026 Order. That Order further directed Respondents to provide Petitioner a bond hearing and file a Notice of Compliance. While Respondents provided Petitioner a bond hearing, bond was denied, and Respondents did not file the requisite notice. (Doc. 7 at 1 n. 1.)

is denied as moot.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 27th day of May, 2026.

Honorable Diane J. Humetewa
United States District Judge